**Fill in this information to identify your case:**

Debtor 1: MARGARITA (First Name) ____ (Middle Name) GAZARYAN (Last Name)

Debtor 2 (Spouse, if filing): ____

United States Bankruptcy Court for the: ____ District of ____

Case number (If known): 25-10998

☐ Check if this is an amended filing

FILED
MAY - 6 2025
TIMOTHY McGRATH, CLERK

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** Bank of NY Mellon (Creditor's Name)
C/O KML Law Group
701 Market St
Philadelphia, PA 19106

Describe the property that secures the claim: Home
783 W. County Line Rd, Hatboro, PA 19040

$434,448   $594,150   $0.0

Note: Principal Residence Disputed, fraudulent mortgage, predatory Lending, foreclosure #2020-01435, overstated balance, fraudulent liens (bogus) slander of title, address mismatch, Jurisdiction etc.

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred 2006   Last 4 digits of account number 3274

**2.2** Warminster Munie (sewer) (Creditor's Name)
415 Gibson Ave
Warminster PA 18974

Describe the property that secures the claim:
783 W. County Line Rd, Hatboro, PA 19040

$2,497.24   $594,150   $0.00

Principal Residence (Sewer)

($835.76,
$443.58
$446.00
$189.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred 2010-2015   Last 4 digits of account number 2140-0

Add the dollar value of your entries in Column A on this page. Write that number here: $ ____

Debtor 1  Margarita Gazaryan  Case number (if known) 25-10998

## Part 1: Additional Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**IRS**
Creditor's Name
PO BOX 7346
Philadelphia, PA 19101

Describe the property that secures the claim: Principal Residence
783 W. County Line Rd, Hatboro, PA 19040

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __2022__    Last 4 digits of account number __4740__

Column A: $27,000.00   Column B: $594,650   Column C: ___

Disputed, tax refund offset pending, dispute: losses exceed wins,

$5,598 Refund offset
Notice of Levy Received
IRS → communications awaiting for wins, losses statement

---

**Shellpoint Mtgg/NewRez**
Creditor's Name
PO BOX 10826,
Greenville, SC 29603

Describe the property that secures the claim:
Principal residence, home
783 W. County Line Rd, Hatboro, PA 19040

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Column A: $434,448   Column B: $594,150.00   Column C: 0

Note:
Disputed, servicer for BNY Mellon, tied to fraudulent mortgage, escrow overpaid, ($3,800+) slander of title, predatory lending, overstated balance, misleading practices,

---

**Mortgage It**
Creditor's Name

Describe the property that secures the claim:
783 W. County Line Rd, Hatboro, PA 19040

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred __2006__    Last 4 digits of account number ___ ___ ___ ___

Column A: tbd   Column B: d   Column C: ___

Note: $328,000 -?
tied to BONY & Shellpoint/NewRez
original mortgage
two liens
fraud, slander of title, predatory lending, misleading practices, etc
(Listed as liens with Bucks Co Prothonotary

Add the dollar value of your entries in Column A on this page. Write that number here: **$434,448**

If this is the last page of your form, add the dollar value totals from all pages.

Debtor 1 Mary _____ _____
First Name    Middle Name    Last Name

Case number (if known) 25-10098

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[✓] **Name:** KML Law Group,
**Number Street:** 701 Market St,
**City State ZIP Code:** Philadelphia, PA 19106

On which line in Part 1 did you enter the creditor? 1.1
Last 4 digits of account number __ __ __ __

Reason: Foreclosure counsel for BNY Mellon, Shellpoint/Newrez

[ ] Name / Number Street / City State ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

[ ] Name / Number Street / City State ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

[ ] Name / Number Street / City State ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

[ ] Name / Number Street / City State ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __

[ ] Name / Number Street / City State ZIP Code

On which line in Part 1 did you enter the creditor? ____
Last 4 digits of account number __ __ __ __