Case # 25-10898 — Motion to convert

---

Dear Honorable Judge Baker,

Please either convert my case to Ch 7, or allow me more time to consult and find legal counsil to help me navigate in this complex situation. Please decide the best way possible

Sincerely, Thank you very much

Margarita Gazaryan

*[signature]*

10/31/25

FILED
OCT 31 2025
CLERK OF COURT
BY _____ DEP. CLERK