# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :

**Margarita Gazaryan,**  :  Case No. 25-10998 (DJB)

:

    **Debtor.**  :

:

# O R D E R

**AND NOW,** this 17th day of November 2025 upon consideration and review of Debtor's docket, it is hereby **ORDERED** and **DECREED** that:

1. The Dismissal Order dated November 12, 2025 [Dkt. No. 65] is hereby **VACATED**;

2. Debtor's Motion to Convert Case to a Chapter 7 [Dkt. No. 61] is hereby **GRANTED**; and

3. Debtor's case is now converted to a Chapter 7 case.

Date: November 17, 2025

**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**